UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MUZAFFAR AKRAMOV,

Plaintiff,

v. Case No: 6:26-cv-1407-JSS-NWH

SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY and DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants.
___________________________________/

**ORDER**

Plaintiff has filed a notice of voluntary dismissal. (Dkt. 12.) Upon review of the docket, Defendants have not filed an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (generally providing that a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment"); *PTA-FLA, Inc. v. ZTE USA, Inc.*, 844 F.3d 1299, 1307 (11th Cir. 2016) ("According to the plain text of Rule 41(a)(1)(A)(i), only the filing of an answer or a motion for summary judgment terminates a plaintiff's ability to voluntarily dismiss its claims without a court order."). Accordingly, this action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1). *See* Fed. R. Civ. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed

any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.”). Defendants’ motion to dismiss (Dkt. 11) is **DENIED as moot**, and the Clerk is **DIRECTED** to enter judgment accordingly, to terminate any pending motions and deadlines, and to close this case.

**ORDERED** in Orlando, Florida, on October 5, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record